# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Marc Anthony Lopez Castellanos**

v.                                                    Case No. 26-cv-475-PB-TSM

**Andrew Ackley, Warden,**
**FCI Berlin, et al.**

## ORDER

After the government notified the Court that Marc Anthony Lopez Castellanos received the bond hearing he sought on June 17, 2026, see Doc. 5, I ordered Lopez Castellanos to show cause within seven days why his petition should not be dismissed. Doc. 6. Lopez Castellanos has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

July 7, 2026

cc:　Counsel of Record